

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In the Interest of K.G.C., a Child v. Department of Family and
                          Protective Services

Appellate case number:    01-22-00275-CV

Trial court case number:  2020-01758J

Trial court:              313th District Court of Harris County

      On June 2, 2022, Appellant M.N.W. filed an Unopposed Motion for First Extension of Time to File Appellant's Brief.  Appellant's motion is **granted**.  Appellant's brief is due **June 8, 2022**.

      It is so ORDERED.


Judge's signature: /s/ Veronica Rivas-Molloy
                Acting individually


Date:  June 7, 2022